UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 11 B 02396
CHAPTER 13

MONICA ROSE

JUDGE JACK B SCHMETTERER

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SPECIALIZED LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 11 | 2 | 8321 8042 WENTWORTH AVE | $11,037.39 | $10,000.00 | $10,000.00 |
| Total Amount Paid by Trustee | | | | | $10,000.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit      **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-02396-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 11th day of March, 2015.

Debtor:
MONICA ROSE
8042 S WENTWORTH
CHICAGO, IL  60620

Attorney:
LEDFORD & WU
200 S MICHIGAN AVE #209
CHICAGO, IL  60604-2406
via Clerk's ECF noticing procedures

Creditor:
SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO  80163

Mortgage Creditor:
INDYMACBANK
460 SIERRA MANDRE VILLA AVE
PASADENA, CA  91107-2940

Mortgage Creditor:
INDYMAC BANK
6900 BEATRICE DR
KALAMAZOO, MI  49009

Mortgage Creditor:
ONEWEST BANK
2900 ESPERANZA CROSSING
AUSTIN, TX  78758

Creditor:
DEUTSCHE BANK NATIONAL TRUST
% ONEWEST BANK
6900 BEATRICE DR
KALAMAZOO, MI  49009

ELECTRONIC SERVICE - United States Trustee

Date:  March 11, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603